IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DASHBOARD COMPUTING LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:15-cv-1394-JRG-RSP |
| | ) | LEAD CASE |
| COMPASS BANK, | ) | |
| Defendant. | ) | |
| DASHBOARD COMPUTING LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:15-cv-1912-JRG-RSP |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered Plaintiff Dashboard Computing LLC's ("Plaintiff") Motion for Voluntary Dismissal the Court finds that good cause exists for granting the notice. The Motion for Voluntary Dismissal is GRANTED. All claims asserted by Plaintiff against Defendant Wal-Mart Stores, Inc. are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**SIGNED this 2nd day of March, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE